**Order filed October 2, 2018**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-18-00744-CV**

———————

**JOANNA LAUFER, Appellant**

**V.**

**JUSTIN GORDON, Appellee**

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2017-67140**

## ORDER

Appellant has filed a motion to challenge the trial court's order to pay costs. Pursuant to Rule 145(g)(3) of the Texas Rules of Civil Procedure, we order the Harris County District Clerk and the court reported for the 280th District Court to prepare and file with this court the record of all trial court proceedings on appellants' claim of indigence. *See* Tex. R. Civ. P. 145(g)(3). The record must be provided without charge and filed with this court on or before October 17, 2018.

Any response to appellants' motion challenging the ruling by the trial court is due on or before October 29, 2018.


PER CURIAM